tioners. *Samuel T. Ansell, Roger Robb* and *Mahlon C. Masterson* for respondent.

No. 235. UNITED STATES *v.* STANDARD OIL CO. OF CALIFORNIA ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General McGrath* for the United States. *Frank B. Belcher* for respondents.

No. 241. CRAIG ET AL. *v.* HARNEY, SHERIFF. October 14, 1946. Petition for writ of certiorari to the Court of Criminal Appeals of Texas granted. *Marcellus G. Eckhardt, Charles L. Black* and *Ireland Graves* for petitioners. *John S. McCampbell* for respondent.

No. 270. INDUSTRIAL COMMISSION OF WISCONSIN ET AL. *v.* McCARTIN ET AL. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Wisconsin granted. *Mortimer Levitan* for petitioners. *Harold M. Wilkie* for respondents.

No. 335. WALLING, WAGE & HOUR ADMINISTRATOR, *v.* NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY. On petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit; and

No. 336. WALLING, WAGE & HOUR ADMINISTRATOR, *v.* PORTLAND TERMINAL CO. On petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit. October 14, 1946. The petitions for writs of certiorari are